UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KORSVALL, et al., | Case No. 5:24-cv-01824-HDV-SSC |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| C. MANN, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for Plaintiffs' failure to serve and failure to prosecute, and for improper venue.

DATED: 5/1/25

HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE